**JUDGE SWAIN**

'08 CIV 4044

48-08/PJG

FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

WEALCAN ENTERPRISES INC.,

        Plaintiff,

-against-

CNAN GROUP SpA (f/k/a CNAN SNTM)
and CNAN MAGHREB LINES,

        Defendants.

---

08 Civ. ____ (__)

**PLAINTIFF'S RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Wealcan Enterprises Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held: NONE.

DATED:   New York, New York
              April 29, 2008

Respectfully submitted,

_____
Peter J. Gutowski (PG 2200)
Gina M. Venezia (GV 1551)
FREEHILL HOGAN & MAHAR LLP
80 Pine Street
New York, New York 10005
Tel: (212) 425-1900 / Fax: (212) 425-1901
*Attorneys for Plaintiff*

NYDOCS1/302440.1