USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
#:
DATE FILED: AUG 20 2008

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH†
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.▲
THOMAS M. RUSSO
THOMAS M. CANEVARI†
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*▲
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*▲
LAWRENCE J. KAHN*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD**▲
MICHAEL C. ELLIOTT*
JAN P. GISHOLT†

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
▲ALSO ADMITTED IN WASHINGTON, D.C.
**ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759
TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 358-8372

August 19, 2008

Our ref: 48-08/PJG/PLS

Via Fax No: 212 805 0426
The Honorable Laura Taylor Swain
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
Room 755
New York, New York 10007

MEMO ENDORSED

RE: Wealcan Enterprises, Inc. v. CNAN Group SpA and
CNAN Maghreb Lines
08 CV 4044 (LTS)

Dear Judge Swain:

We represent Plaintiff in the captioned action which involves a maritime attachment pursuant to Rule B of the Supplemental Admiralty Rules. The purpose of our writing is to confirm our conversation with Chambers regarding an adjournment of the conference scheduled for August 22, 2008 to October 25, 2008, at 11:15 am.

We thank the Court for its attention to this matter.

Respectfully submitted,
FREEHILL HOGAN & MAHAR, LLP

Pamela L. Schultz

PLS:lu

*The conference is adjourned to October 24, 2008, at 10:15AM.*

SO ORDERED.
NEW YORK, NY
Aug 20, 2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

NYDOCS1/310945.1